**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 11-7465

---

CLEAVEN L. WILLIAMS, JR.,

Plaintiff - Appellant,

v.

WARDEN MERRITT; BARTEE, Assistant Warden; OFFICER YOUNG; SERGEANT CALVIN WILLIAMS; OFFICER LARYEA; OFFICER SAUNDERS; MARIA JOHNSON; NURSE JANE DOE; FLORENCE FOSTER, Inmate Grievance Coordinator; MR. COLEY; KRUMP, Chief of Security; DR. JOHN DOE, University of Md Shock Trauma; C.O. CRAIG WILLIAMS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:10-cv-00935-CCB)

---

Submitted: March 15, 2012        Decided: March 19, 2012

---

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Cleaven L. Williams, Jr., Appellant Pro Se. Donald Eugene Hoffman, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleaven L. Williams, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Williams v. Merritt, No. 1:10-cv-00935-CCB (D. Md. Mar. 28, 2011; Jul. 14, 2011).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We affirm the district court's dismissal of Claim V on the ground that Williams failed to offer any evidence, apart from his own bald and conclusory allegations, to support his claims. See Erwin v. United States, 591 F.3d 313, 319-20 (4th Cir. 2010) (noting that mere conclusory allegations are insufficient to support the nonmoving party's case).

2